**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| LAWRENCE PETERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:14-cv-00923-TWP-DKL |
| ) | |
| MR. DIETER, et. al, ) | |
| ) | |
| Defendants. ) | |

**SCREENING ENTRY TO CORRECT CAPTION AND PROCESS SERVICE**

Plaintiff Lawrence Peterson ("Peterson") is a convicted offender who was confined at the Duvall Residence Center ("Duvall") from January 15, 2014 to May 1, 2014. Duvall is a work-release center in Indianapolis operated under contract with the Indiana Department of Correction ("DOC"). On June 12, 2014 Peterson filed an amended complaint under 42 U.S.C. $ 1983 alleging violations under the Fourteenth Amendment. The defendants sued by Peterson in this civil rights action are each employed at Duvall and each are sued in their individual capacities.

An adjustment in the roster of defendants is warranted. The docket generated when this action was received shows "Security Staff" to be a defendant separate from Mr. Gray. The Court reads the complaint and amended complaint as indicating that Mr. Gray is sued as a member of the Security Staff at Duvall. The Court does not view "Security Staff" as a separate defendant and that designation shall be **terminated as a defendant.** The clerk shall also show No. 1:14-cv-0725-SEB-MJD to be a related case to this case.

Peterson alleges that while at Duvall he was threatened with discipline if he did not agree to withdraw grievances he had filed about conditions at Duvall and that he was transferred to a regular Indiana prison when he refused to do so. He seeks compensatory and punitive damages.

Peterson was a "prisoner" as defined by 28 U.S.C. § 1915(h) at the time this action was filed. His amended complaint is therefore subject to the screening required by 28 U.S.C. § 1915A(b). Except as specified above concerning the termination of "Security Staff" as a defendant, the action will proceed.

The clerk is designated pursuant to Fed. R. Civ. P. 4(c)(3) to issue and serve process on the defendants in the manner specified by Fed. R. Civ. P. 4(d)(1). Process shall consist of the amended complaint, applicable forms and this Entry.

IT IS SO ORDERED.

Date: 5/18/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Mr. Dieter, Director
Marion County Community Corrections
Duvall Work Release Center
1848 Ludlow Ave.
Indianapolis, IN 46201

Chris Morrison, Supervisor
Marion County Community Corrections
Duvall Work Release Center
1848 Ludlow Ave.
Indianapolis, IN 46201

Mr. Sandman, Supervisor
Marion County Community Corrections
Duvall Work Release Center
1848 Ludlow Ave.
Indianapolis, IN 46201

Mr. Gray, Security Staff
Marion County Community Corrections
Duvall Work Release Center
1848 Ludlow Ave.
Indianapolis, IN 46201

Becca Remillard, Case Manager
Marion County Community Corrections
Duvall Work Release Center
1848 Ludlow Ave.
Indianapolis, IN 46201

LAWRENCE PETERSON
2720 Anna Lane
Indianapolis, IN 46205